585 A.2d 362
STATE OF NEW JERSEY v. RICHARD TORRES.

September 4, 1990.

Petition for certification denied.

585 A.2d 362
STATE OF NEW JERSEY v. RICHARD POORMAN.

September 4, 1990.

Petition for certification denied.

585 A.2d 362
STATE OF NEW JERSEY v. KENNETH T. HAHAN.

September 4, 1990.

Petition for certification denied.

585 A.2d 363
STATE OF NEW JERSEY v. BRUCE BUCCOLO.

September 4, 1990.

Petition for certification denied.

585 A.2d 363
STATE OF NEW JERSEY v. MARIANO ESPINAL.

September 4, 1990.

Petition for certification denied.